PER CURIAM.
Affirmed. See Adaway v. State, 902 So.2d 746 (Fla.2005); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Sheppard v. State, 907 So.2d 1259 (Fla. 2d DCA 2005); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
KHOUZAM, MORRIS, and SLEET, JJ., Concur.